# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**GLENN A. HEATH,**

        Petitioner,

    v.                           CASE NO. 17-3114-SAC

**JOE NORWOOD, et al.,**

        Respondents.

## MEMORANDUM AND ORDER

This matter is before the Court on respondents' motion for an extension of time (Doc. #5). The Court finds good cause for the extension sought.

IT IS, THEREFORE, BY THE COURT ORDERED respondents' motion is granted and the time for filing a response is extended to and including October 23, 2017. The time for filing a traverse is extended to and including November 24, 2017.

**IT IS SO ORDERED.**

DATED:  This 22nd day of September, 2017, at Topeka, Kansas.

                                            S/ Sam A. Crow
                                            SAM A. CROW
                                            U.S. Senior District Judge